**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 10, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00561-CV

### IN RE TED LAWRENCE ROBERTSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-35725**

---

## MEMORANDUM OPINION

On June 18, 2012, relator Ted Lawrence Robertson filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Robert Hinojosa, former judge of the 312th District Court of Harris County, to vacate a protective order entered at a default hearing on August 15, 2001. Relator was subsequently convicted of violation of the protective order and claims the protective order is void.

Robert Hinojosa is no longer the judge of the 312th District Court. A writ of mandamus will not issue against the new judge of a court for the action of a former judge. Rather Rule of Appellate procedure 7.2 requires abatement of a pending original proceeding so that the successor judge may consider the complained-of order of his or her predecessor. Tex. R. App. P. 7.2; *See In re Baylor Medical Center at Garland,* 280 S.W.3d 227, 228 (Tex. 2008) (orig.proceeding). Here, since the record does not reflect the motion was presented to the current trial judge, there is nothing for him to reconsider.

Relator's application for writ of mandamus against a *former* district judge is dismissed for lack of jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(b)(1) (West 2004) (providing that court of appeals may issue writ of mandamus against "a judge of a district or county court in the court of appeals district").

PER CURIAM

Panel consists of Justices Boyce, Christopher and Jamison.

2